LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SUZANNE OQUENDO,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY[1]<br>Commissioner of Social Security,<br><br>    Defendant. | No: 2:23-cv-02520-BFM<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND SIX HUNDRED AND FIFTY DOLLARS AND 00/100 ($4,650.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: March 28, 2024    _____

                                  HON. BRIANNA F. MIRCHEFF
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Martin J. O'Malley, Commissioner of Social Security, is substituted for his predecessor, whom Plaintiff named in the Complaint. See 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).

-1-